UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-22815-CIV-MORENO

MICHAEL CRUZ,

    Plaintiff,

-vs-

ALLIED INTERSTATE, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MICHAEL CRUZ, by and through the undersigned counsel, hereby gives notice that he has resolved his claims against Defendant ALLIED INTERSTATE, LLC. The Parties will file the appropriate dismissal documents within thirty (30) days.

Dated: November 6, 2018.

        ZEBERSKY PAYNE, LLP
        110 S.E. 6th Street, Suite 2150
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 989-6333
        Facsimile: (954) 989-7781
        Primary Email: jshaw@zpllp.com; kslaven@zpllp.com
        Secondary E-mail: mperez@zpllp.com

        _____
        JORDAN A. SHAW, ESQ.
        Florida Bar No. 111771
        KIMBERLY A. SLAVEN, ESQ.
        Florida Bar No. 117964

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        _____
        Kimberly A. Slaven, Esq.