UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-cv-22815-CIV-MORENO

MICHAEL CRUZ,

      Plaintiff,

vs.

ALLIED INTERSTATE, LLC,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 15)**, filed on **November 6, 2018**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of November 2018.

                                                   _____
                                                   FEDERICO A. MORENO
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record